1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                               DISTRICT OF NEVADA
8                                    * * * * *
9   UNITED STATES OF AMERICA,                    )
                                                 )   3:05-CR-00178-LRH (VPC)
10                          Plaintiff,            )
                                                 )   ORDER FOR RELEASE OF
11  vs.                                          )   PRESENTENCE REPORT
                                                 )
12  ROGER STEELE,                                )
                                                 )
13                          Defendant.           )
                                                 )
14  _____ )

15          Upon Plaintiff's Motion for Release of Presentence Report (Doc. #14) , and good cause

16  showing,

17          IT IS HEREBY ORDERED releasing Presentence Investigation Report of Roger Steele to

18  the Plaintiff so that it can comply with its discovery obligations in the case of *United States v.*

19  *Lisa Getas*, D. NV, 3:06-cr-00042-BES (RAM).

20          DATED this 17th day of October, 2006.

21

22

23                                          _____
                                            LARRY R. HICKS
24                                          UNITED STATES DISTRICT JUDGE

25

26

27

28